# In the United States District Court
# For the Southern District Of Georgia
# Brunswick Division

| | |
|---|---|
| ERVIN SINGLETON, | * |
| Petitioner, | * CIVIL ACTION NO.: 2:15-cv-3 |
| v. | * |
| AHMED HOLT, | * |
| Respondent. | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 17, as set forth herein. Petitioner Ervin Singleton ("Singleton") failed to file any Objections to the Magistrate Judge's Report and Recommendation.

The Court **GRANTS** Respondent's Motion to Dismiss. Dkt. No. 9. Singleton's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, dkt. no. 1, is **DISMISSED**. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case. Additionally, the Court **DENIES** Singleton leave to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 11 day of January, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)